UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE GEILER COMPANY, | ) |
|     Plaintiff, | ) Civil No. 4:22-mc-00001-TWP-KMB |
| v. | ) |
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL, AND TRANSPORTATION WORKS, LOCAL UNION NO. 24. | ) |
|     Defendant. | ) |

**THE GEILER COMPANY'S RENEWED
<u>MOTION TO VACATE ARBITRATION AWARD</u>**

Under § 10 of the Federal Arbitration Act ("FAA") (9 U.S.C. § 10) and federal common law, Plaintiff, The Geiler Company ("Geiler") hereby moves the Court to vacate the Local Joint Adjustment Board's (the "Board") October 6, 2021 Award (the "Award") and January 23, 2024 clarification of the Award under the Collective Bargaining Agreement ("CBA") between The Sheet Metal Contractors Association of Greater Cincinnati, Inc. and the International Association of Sheet Metal, Air, Rail, and Transportation Workers, Local Union No. 24 (the "Union"). The grounds for this motion are set forth more fully in the memorandum of support attached, which is incorporated by reference herein. However, the Board far exceeded its limited authority under the CBA, issuing an award that is in manifest disregard of the law (purporting to require that Geiler violate Indiana's Right-to-Work Statute and act contrary to the National Labor Relations Act ("NLRA")) and contrary to the CBA. Accordingly, the Court should vacate the Award.

Respectfully submitted,

LITTLER MENDELSON, P.C.


*/s/ Ryan J. Sterling*
Ryan J. Sterling (34212-49)
111 Monument Circle, Suite 702
Indianapolis, IN 46204
Telephone:   317.287.3600
Facsimile:    317.636.0712
Email:         rsterling@littler.com

Brooke E. Niedecken (OH #0079142)
41 South High Street, Suite 3250
Columbus, OH 43215
Telephone:   614.463.4214
Facsimile:    614.221.3301
E-mail:        bneidecken@littler.com

*Attorneys for Plaintiff The Geiler Company*


## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of July, 2024, the foregoing *The Geiler Company's Renewed Motion to Vacate Arbitration Award* has been filed via the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and parties may access the document through the Court's electronic filing system.


*/s/ Ryan J. Sterling*