# EXHIBIT B

# Sheet Metal Industry Grievance Form
## Article (x) Section 1 Compliance
(TO BE SUBMITTED WITH EACH FORMAL REQUEST FOR A LOCAL JOINT ADJUSTMENT BOARD HEARING.)

| 1. Date of Filing.<br><br>02/12/2021<br><br>4. Date of Alleged Violation<br><br>01/19/2021 | 2. Name, Address, Phone, Fax, Local Union and Union Representative Involved.<br><br>Jeff Mueller<br>Member # 0932641<br>1440 Kemper Meadow Drive<br>Cincinnati, Ohio 45240 | 3. Name, Address, Phone, Fax and Representative of employer Involved.<br><br>Reid Geiler<br>Geiler Company<br>6561 Glenway Ave.<br>Cincinnati, Ohio 45211 |
|---|---|---|
| 5. Project, Site or Shop Involved.<br><br>Sunman Dearborn Schools<br>East Central High School / Sunman Dearborn Middle School | 6. Address of Involved Project, Site or Shop.<br><br>Geiler Company    Sunman Dearborn Schools<br>6561 Glenway Ave.    East Central / Middle School<br>Cincinnati, Ohio 45211 ||

7. Nature of Grievance.
Subcontracting or Assignment of Work

8. Article(s) and Section(s) of Agreement Alleged Violated.

ARTICLE II
SUBCONTRACTING OR ASSIGNMENT OF WORK
SECTION 1.
No Employer shall subcontract or assign any of the work described herein which is to be performed at a jobsite to any Contractor, Subcontractor or other person or party who fails to agree in writing to comply with the conditions of employment contained herein including, without limitations, those relating to Union Security, rates of pay and working conditions, hiring and other matters covered hereby for the duration of the project.

9. Date the Local Union Representative and Employer Representative were Notified of the Grievance.
January 21 ,2021   Letter

10. Record of Attempts to Resolve Grievance Under Article (x) Section 1.

| A. Date of Contact. | B. Type of Contact (check one of each atten) ||||| C. Results of Contact (use other side if necessary) |
|---|---|---|---|---|---|---|
| 09/22/20 | 1 | 2 | 3 | 4 | 5 | Meeting In Geiler office with Reid over issue |
| 10/6/20 – 10/21/20 | X |  | X |  | 1.Telephone | No response |
| 10/30/20 – 01/13/21 | X |  | X |  | 2. Letter | No Answer / No response |
| 1/14/21 -1/19/21 |  |  |  |  | 3. Fax | No Answer / No response |
| 1/19/21- 2/3-2/10/2021 |  |  |  |  | 4. Other  Email | Email Contractors association to try to resolve |

### Article X
* * * *

**Section 1.** Grievances of the employer or the union, arising out of interpretation or enforcement of this agreement, shall be settled between the employer directly involved and the duly authorized representative of the Union, if possible. Both parties may participate in conferences through representatives of their choice.
   To be valid, grievances must be raised within (30) calendar days following the occurrence giving rise to the grievance, or, if the occurrence was not ascertainable, within thirty (30) calendar days of the first knowledge of the facts giving rise to the grievance.

**EXHBIT B**