# EXHIBIT C



LOCAL JOINT
ADJUSTMENT BOARD

*Geiler Co. Subcontracting Grievance*

UNION'S POSITION STATEMENT

September 8, 2021

**EXHIBIT C**



# Sheet Metal Industry Grievance Form

### Article (x) Section I Compliance

(TO BE SUBMITTED WITH EACH FORMAL REQUEST FOR A LOCAL JOINT ADJUSTMENT BOARD HEARING.)

| 1. Date of Filing. | 2. Name, Address, Phone, Fax, Local Union and Union Representative Involved. | 3. Name, Address, Phone, Fax and Representative of employer Involved. |
|---|---|---|
| 02/13/2021 | | |
| | Jeff Mueller | Rciti Geiler |
| | Member # 0932641 | Geiler Company |
| | 1440 Kemper Meadow Drive | 6561 Glenway Ave. |
| | Cincinnati, Ohio 45240 | Cincinnati, Ohio 45211 |
| 4. Date of Alleged Violation | | |
| 01/19/2021 | | |

| 5. Project, Site or Shop Involved. | 6. Address of Involved Project, Site or Shop. |
|---|---|
| Suman Dearborn Schools East Central / High School / Suman Dearborn Middle School | Geiler Company 6561 Glenway Ave. Cincinnati, Ohio 45211 | Suman Dearborn Schools East Central / Middle School |

7. Nature of Grievance.
Subcontracting or Assignment of Work

8. Article(s) and Section(s) of Agreement Alleged Violated.

ARTICLE II
SUBCONTRACTING OR ASSIGNMENT OF WORK.
SECTION 1.
No Employer shall subcontract or assign any of the work described herein which is to be performed at a jobsite to any Contractor, Subcontractor or other person or party who fails to agree in writing to comply with the conditions of employment contained herein including, without limitations, those relating to Union Security, rates of pay and working conditions, hiring and other matters covered hereby for the duration of the project.

9. Date the Local Union Representative and Employer Representative were Notified of the Grievance.
January 31, 2021  Letter

10. Record of Attempts to Resolve Grievance Under Article (x) Section 1.

| A. Date of Contact. | B. Types of Contact (check one of each row) | | | | | | C. Results of Contact (use other side if necessary) |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | | |
| | | | | | | 1. Telephone | Meeting in Geiler office with Reid over issue |
| 09/23/20 | X | | | | | 2. Letter | No response |
| 10/6/20 - 10/21/20 | X | | | X | | 3. Fax | No Answer / No response |
| 10/30/20 - 01/13/21 | X | | | X | | 4. Other  Email | No Answer / No response |
| 1/14/21 - 1/19/21 | X | | | | | | Email Contractors association to try to resolve |
| 1/19/21 - 2/3-2/10/2021 | X | | | | | | |

Article X
* * * * *

Section 1. Grievances of the employer or the union, arising out of interpretation or enforcement of this agreement, shall be settled between the employer directly involved and the duly authorized representative of the Union. If possible, Each parties may participate in conferences through representatives of their choice.

To be valid, grievances must be raised within (30) calendar days following its occurrence giving rise to the grievance, or, if the occurrence was not ascertainable, within thirty (30) calendar days of the first knowledge of the facts giving rise to the grievance.

**EXHIBIT C**



AGREEMENT

between

THE SHEET METAL CONTRACTORS
ASSOCIATION OF
GREATER CINCINNATI, INC.

and

INTERNATIONAL ASSOCIATION
OF SHEET METAL, AIR, RAIL, AND
TRANSPORTATION WORKERS
(SMART)
LOCAL UNION NO. 24
(CINCINNATI AREA)

June 1, 2018 through May 31, 2022

**EXHIBIT C**



# Geiler Co. Is Bound by the CBA

LETTER OF ASSENT
(Cincinnati Area)

This is to certify that the undersigned firm has examined and does agree to comply with the terms and conditions of employment contained in the collective bargaining agreement by and between SMART Local #24 (Cincinnati area) and the Sheet Metal Contractors Association of Greater Cincinnati, Inc., effective June 1, 2018 through May 31, 2022.

The undersigned firm hereby agrees to comply with all of the terms and conditions of employment contained in the aforementioned Agreement and all approved amendments thereto. It is further agreed that the signing of this Letter of Assent shall be as binding on the undersigned firm as though it had signed the above referred to Agreement and any amendments thereto.

FOR THE UNION:
SMART LOCAL 24

Business Representative

6550 Poe Avenue
Dayton, Ohio 45414

COUNTIES: [illegible]

Job Site: [illegible]

(Authorized Approval)

FOR THE EMPLOYER:
COMPANY: The Geiler Co. Inc.

William Rapfeuter III
Name of Officer

V.P.
Title of Officer

Address: P.O. Box 11374
Cincinnati, Ohio
45211

Phone: 513-574-1200

The below form is necessary, prior to commencing work in the jurisdiction of SMART Local #24 (Cincinnati area), and to be in compliance with government regulations.

Bond# FB dd 4117dd6A Workers Comp# 287756

Unemployment Comp# 0191405-000 Employer Fed. I.D. # 31 057 0149

The above for the States of Ohio, Indiana and Kentucky.

NOTE: Complete the above, sign and return one (1) copy to SMART Local #24, 6550 Poe Avenue, Dayton, OH 45414.

4

**EXHIBIT C**



**EXHIBIT C**



ART. X, SEC. 2

"Notice of appeal to a Local Joint Adjustment Board shall be given within thirty (30) days after termination of the procedures prescribed in Section 1 of this Article, unless the time is extended by a mutual agreement of the parties."

ART. X, SEC. 1

"To be valid, Grievances must be raised within thirty (30) calendar days following the occurrence giving rise to the grievance, or, if the occurrence was not ascertainable, within thirty (30) calendar days of first knowledge of the facts giving rise to the Grievance."

**EXHIBIT C**



# The Grievance Is Timely

## *Local 24's Timeline*

- 8/27/2020 – JM Email Confirming 8/28/2020 Meeting
- 8/28/2020 – JM Email confirming Northern Kentucky Heating and Cooling interest in bid
- 9/22/2020 – Meeting in Geiler office with Reid over issue (Per grievance)
- 9/28/2020 – JM Email asking who Geiler on would be performing SM work on the projects
- 9/30/2020 – JM Email asking again who would be performing SM work on the projects
- 10/6/2020 – JM Email asking again who would be performing SM work on the projects
- 10/21/2020 – Email, no response(Per grievance)
- 10/30/2020 – JM asking for a meeting re: the projects.
- 10/30/2020 – Reid Geiler responds "no" to the meeting request
- 1/13/2021 – Email, no response
- 1/14/2021 – Email, no response
- 1/19/2021 – Date of Alleged Violation(Per grievance)
- 1/19/2021 – JM email asking for a call or to meet regarding subs for the SM portion of the Contract, no response.
- 1/21/2021 – Date Local Union Representative and Employer Representative were notified of the grievance. (Per grievance)
- 1/21/2021 – Read receipt of JM email.
- 1/29/2021 – Date for Geiler to respond to Letter for information. No response received.
- 2/12/2021 – Date of Filing (Per grievance)

**EXHIBIT C**



**Follow up**

Good morning Reid,
Any word on the following projects?

Good morning Reid,
Can you advise me on who will be doing the Sheet Metal portion of the following projects
1) East Central High School
2) Sunman Dearborn Middle School
3) North Dearborn Elementary
4) Sunman Elementary
5) Bright Elementary

Good afternoon Reid,
Trying to touch base with you on the Sunman Dearborn School work. Has Geiler made a decision on the schools mentioned in the previous email ?

Good morning Reid,
Can you give me a call when you have a minute. Or email me a list of who Geiler is using for subs for the Sheet Metal portion of these projects.

Thanks,

Good afternoon Reid,
I would like to see if you would be available early next week to have a in person meeting to discuss the Sunman Dearborn Schools projects.

**EXHIBIT C**



The only response received, however was...

On Oct 30, 2020, at 2:53 PM, Reid Geiler <geilerr@geiler.com> wrote:

No

From: Jeff Mueller <jmueller@smw24.org>
Sent: Friday, October 30, 2020 2:40 PM
To: Reid Geiler <geilerr@geiler.com>
Subject: Sunman Dearborn Schools

Good afternoon Reid,
I would like to see if you would be available early next week to have a in person meeting to discuss the Sunman Dearborn Schools projects.

Thanks,

Jeff Mueller
Business Representative
Sheet Metal Workers Local # 24
1441 Kemper Meadow Drive
Cincinnati, Ohio 45240
Cell 513-617-8858

**EXHIBIT C**



SHEET METAL WORKERS LOCAL #24

6550 Poe Avenue
Dayton, Ohio 45414
Telephone 937/277/3903
Fax 937.665.0417
e-mail: dayton@sm-w24.org

Rodney French
Business Manager
Financial-Secretary-Treasurer

January 21, 2021

Geiler Company

Attn: Reid Geiler
6561 Glenway Ave.
Cincinnati, OH 45211

RE: Sycamore Dearborn Schools Middle School
East Central High School

It has come to my attention that The Geiler Company may be using Metal Airways, LLC to perform work covered by the collective bargaining agreement ("CBA") and which traditionally has been performed by our members, some of whom are laid off and would be ready, willing, and able to work. We are continuing to investigate the information we have received. Please note that such transfer of bargaining unit work by subcontract or otherwise would be in violation of the CBA—including but not limited to Article II—and the National Labor Relations Act, and Local 24 would seek full enforcement of the CBA, including monetary damages. On or before Friday, January 29, 2021, please provide a list of all jobs on which Metal Airways, LLC has received a subcontract from your company from August 1, 2020 to present.

Regards,

Jeff Mueller
Business Representative
Sheet Metal Workers Local 24
14440 Kemper Meadow Dr.
Cincinnati, Ohio 45240
Office 513-821-5771
Cell 513-617-8858

CINCINNATI
Mark Pleiman
Jeff Mueller
513.821.5771
Fax 513.821.7849

COLUMBUS
Jeff Henry
Jeff Rishel
614.431.0572
Fax 614.431.0796

PRODUCTION
REPRESENTATIVE
Shawn McIvry
513.821.5771
Fax 513.821.7849

DAYTON
Rick Pecher
Mike M. Tafuri
937.277.3903
Fax 937.665.0417

SOUTH POINT
Jeff Enon
740.377.6140
Fax 740.377.6497

**EXHIBIT C**



**EXHIBIT C**



# METAL AIRWAYS, LLC WAS SIGNATORY

LETTER OF ASSENT
(Cincinnati Area)

This is to certify that the undersigned firm has examined and does agree to comply with the terms and conditions of employment contained in the collective bargaining agreement by and between Sheet Metal Workers Local #24 (Cincinnati area) and the Sheet Metal Contractors Association of Greater Cincinnati, Inc., effective June 1, 2003 through May 31, 2006.

The undersigned firm hereby agrees to comply with all of the terms and conditions of employment contained in the aforementioned Agreement and all approved amendments thereto. It is further agreed that the signing of this Letter of Assent shall be as binding on the undersigned firm as though it had signed the above referred to Agreement and any amendments thereto.

| | |
|---|---|
| FOR THE UNION:<br>SHEET METAL WORKERS LOCAL 24 | FOR THE EMPLOYER:<br>COMPANY NAME: Metal Airways, LLC |
| [signature]<br>Business Representative | Ellen Kohler [signature]<br>Name of Officer |
| 4949 Northcutt Place<br>Dayton, Ohio 45414 | Owner<br>Title of Officer |
| COUNTIES: Collective | Address: 335 Cottonwood Drive |
| Job Site: Bargaining | Dry Ridge, KY 41035 |
| Agreement<br>(Authorized Approval) | |
| | Phone: 859-428-3429 |

The below form is necessary, prior to commencing work in the jurisdiction of Sheet Metal Workers Local #24 (Cincinnati area), and to be in compliance with government regulations.

Bond#________ Workers Comp#________

Unemployment Comp#________ Employer Fed. I.D. # 20-2526582

The above for the States of Ohio, Indiana and Kentucky.

NOTE: Complete the above, sign and return one (1) copy to Sheet Metal Workers Local #24.

12

**EXHIBIT C**





Download NLRB Mobile App

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
REGION 9
550 MAIN ST
RM 3003
CINCINNATI, OH 45202-3271

Agency Website: www.nlrb.gov
Telephone: (513)684-3686
Fax: (513)684-3946

March 13, 2018

URGENT

rdurham@smw24.org
(513)821-7849

Rob Durham
International Association of Sheet Metal, Air, Rail
and Transportation Workers (SMART), Local Union No. 24
1579 Summit Road
Cincinnati, OH 45237

Re: METAL AIRWAYS, LLC
Case 09-RD-216389

Dear Mr. Durham:

Enclosed is a copy of a decertification petition filed by Jon L. Robinson regarding certain employees of Metal Airways, LLC. This letter tells you how to contact the Board agent who will be handling this matter, the requirement to complete, file and serve a Statement of Position Form, notifies you of a hearing, explains your right to be represented, requests that you provide certain information, and discusses some of our procedures including how to submit documents to the NLRB.

Investigator: This petition will be investigated by Field Examiner TAMILYN A. THOMPSON whose telephone number is (513)684-3669. The Board agent will contact you shortly to discuss processing the petition. If you have any questions, please do not hesitate to call the Board agent. If the agent is not available, you may contact Assistant to the Regional Director MATTHEW T. DENHOLM whose telephone number is (513)684-3625. If appropriate, the NLRB attempts to schedule an election either by agreement of the parties or by holding a hearing and then directing an election.

Required Statement of Position: In accordance with Section 102.63(b) of the Board's Rules, the Union is required to complete a Statement of Position form (Form NLRB-505), have it signed by an authorized representative, and file a completed copy with this office and serve it on all parties named in the petition by noon Eastern Time on March 20, 2018. This form may be e-Filed but unlike other e-Filed documents will not be timely if filed on the date but after noon Eastern Time. The Union, as a non-employer party, is NOT required to complete Items 8f and 8g of the form, or to provide a commerce questionnaire or the lists described in Item 7. If you have questions about this form or would like assistance in filling out this form, please contact the Board agent named above.



**EXHIBIT C**



**EXHIBIT C**



## Jeff Mueller

| | |
|---|---|
| **From:** | Jeff Mueller |
| **Sent:** | Friday, August 28, 2020 2:02 PM |
| **To:** | 'Reid Geiler' |
| **Subject:** | Sunman Dearborn Schools |

Good afternoon Reid,

Northern Kentucky Heating and Cooling would be interested in bidding sheet metal portion.

Rick Ponzer (Owner) 859-620-0338 rick@nkyhc.com

Steve Corsby (Draftsman / Estimator) steve@nkyhc.com

**Jeff Mueller**
Business Representative
Sheet Metal Workers Local # 24
1440 Kemper Meadow Drive
Cincinnati, Ohio 45240
Cell 513-617-8858



**EXHIBIT C**



## Metal Airways, LLC Is Performing Covered Work

*C B A , A r t . I , S e c . 1*

"This Agreement covers the rates of pay, and conditions of employment of all employees of the Employer engaged in, but not limited to, the: . . . (a) manufacture, fabrication, assembling, handling erection, installation, dismantling, conditioning, adjustment, alteration, repairing and servicing of all ferrous or non-ferrous metal work and all other materials used in lieu thereof and all HVAC systems, air-veyor systems, exhaust systems and air handling systems regardless of material used including the setting of all equipment and all reinforcements in connection therewith..."

16

**EXHIBIT C**



**EXHIBIT C**

18

## ART. II, SEC. 1
## SUBCONTRACTOR CLAUSE

"No Employer shall subcontract or assign any of the work described herein which is to be performed at a job site to any contractor, subcontractor, or other person or party who fails to agree in writing to comply with the conditions of employment contained herein including, without limitation, those relating to union security, rates of pay and working conditions, hiring and other matters covered hereby for the duration of the project or Agreement whichever is later."



## ART. II, SEC. 2
## WORK PRESERVATION

"Subject to other applicable provisions of this Agreement, the Employer agrees that when subcontracting for prefabrication of materials covered herein, such prefabrication shall be subcontracted to fabricators who pay their employees engaged in such fabrication not less than the prevailing wage for comparable sheet metal fabrication, as established under provisions of this Agreement."

NB. Article II language upheld as valid and enforceable by the Sixth Circuit Court of Appeals in *Eisenmann Corporation v. Sheet Metal Workers International Association Local No. 24*, 323 F.3d 375 (6th Cir. 2003).

**EXHIBIT C**



# EISENMANN CORPORATION CASE

### Art. II Enforced On- and Off-Site

- "[A] primary employer may not subcontract work to another company unless that company's workers enjoy the same or greater wages and benefits as the employees of the primary employer." 323 F.3d at 383.

- "[T]he main purpose of work preservation clauses is to keep the work on-site by removing economic incentives for the general contractor to send it elsewhere." 323 F.3d at 384.

- "[W]here the principal effect of the provision is to discourage employers from outsourcing work normally performed by employees protected by the agreement, rather than coercing third parties to unionize, for example, Section 8(e) is not violated." 323 F.3d at 384.

- "We find that the dominant motive and the primary effect of Article II, Section 2 was the preservation of on-site work for sheet metal workers on the GM Moraine project. That section does not constitute a 'hot cargo' agreement." 323 F.3d at 385.

19

**EXHIBIT C**



## Union Members Perform this Work

- Multiple members currently perform the work in question – full-time – for Jacobs, Langdon, and Northern Kentucky.

- Members performed the work in question – full-time – for each of these entities.

- Recent photos of members working on the Music Hall and Lytle Tunnel Projects.

20

**EXHIBIT C**



WAS GEILER BOUND?

YES.

**EXHIBIT C**



# Metal Airways, LLC is performing:

MAXWELL CONSTRUCTION

JOB SUMMARY: Sunman Dearborn Community School Remodel

| | |
|---|---|
| Phase 1: Work to begin in Fall; | Work while school is in session |
| Phase 2: Fall Break 2020; | 10/2/20-10/11/20 |
| Phase 3: Winter Break 2020; | 12/18/20-1/2/21 |
| Phase 4: Spring Break 2021; | 3/17/21-3/27/21 |
| Phase 5: Summer 2021: | 5/31/21-TBD |
| Phase 6: Summer 2022: | TBD |

JOB SUMMARY: Sunman Dearborn Community School Remodel

| | |
|---|---|
| Phase 1: Work to begin in Fall; | Work while school is in session |
| Phase 2: Summer 2021; | 10/2/20-10/11/20 |
| Phase 3: Summer 2022; | TBD |
| Phase 4: Summer 2023; | TBD |

Phases 2-5 for both projects

5. HVAC demo and all above ceiling work to start and be complete before flooring replacement. Any floors that are being saved must be protected when overhead work is taking place.

**EXHIBIT C**



23
There were alternatives available!
PHASE 1- WORK PERFORMED WHILE SCHOOL IS ONGOING STARTING FALL 2020
PHASE 2- FALL BREAK 2020
PHASE 3- WINTER BREAK 2020
PHASE 4- SPRING BREAK 2021
PHASE 5- SUMMER BREAK 2021
PHASE 6- SUMMER BREAK 2022
PHASING NOTES
This scope of work schedule summary is preliminary. The intent of the summary is to help bidding contractors better understand the overall project. The final schedule will be established once all Bid Categories are under contract.
SCHOOL CALENDAR
FIRST FLOOR PHASING PLAN
EAST CENTRAL HIGHSCHOOL PHASING PLAN
MAXWELL

**EXHIBIT C**



**EXHIBIT C**

# Current Wage Rates

**SHEET METAL WORKERS Local #24**

SHEET METAL WORKERS (SMART) LOCAL #24 CINCINNATI AREA
WAGE INFORMATION – JUNE 1, 2021 THROUGH MAY 31, 2022

**BASE WAGE** $81.51

ABOVE BASE EMPLOYER CONTRIBUTIONS WAGE

| | |
|---|---|
| Health and Welfare | $7.57 |
| Money Purchase Plan | $3.56 |
| National Pension | $9.64 |
| JATC | $0.68 |
| Local / National Industry | $0.05 |
| ITI | $0.11 |
| NEMI | $0.03 |
| SMOHIT | $0.02 |
| Scholarship Fund | $0.01 |
| **TOTAL PACKAGE** | **$54.33** |

Hourly Employee Deductions:
Construction Fund $0.39
Dues Check-Off / Youth to Youth $2.48

Dues Check-Off and Employer Contributions are paid on Hours Worked.

Federal Standard Per Mile when Traveling Outside thirty-five (35) Mile Radius and within our Collective Bargaining Agreement. Mileage Rate based on effective rate January 1st of each year.

COVERED COUNTIES: Hamilton, Highland, Brown, and Clermont Counties in OHIO; Boone, Campbell, and Kenton Counties in KENTUCKY; Dearborn and Ohio Counties in INDIANA.

SHEET METAL WORKERS (SMART) LOCAL #24 – CINCINNATI AREA
HOURLY WAGE AND FRINGE CONTRIBUTION RATES
EFFECTIVE JUNE 1, 2021 – MAY 31, 2022

SHEET METAL WORKERS (SMART) LOCAL #24 – CINCINNATI AREA
HOURLY WAGE AND FRINGE CONTRIBUTION RATES
Journeyperson • Foreman • Foreman A° • General Foreman – Classified
EFFECTIVE JUNE 1, 2021 – MAY 31, 2022

| | Journeyperson | Foreman | Foreman A° | General Foreman |
|---|---|---|---|---|
| Basic Wage | $31.51 | $32.76 | $33.11 | $35.13 |
| Health & Welfare | $7.57 | $7.57 | $7.57 | $7.57 |
| Money Purchase Plan | $3.56 | $3.56 | $3.56 | $3.56 |
| National Pension | $9.64 | $9.64 | $9.64 | $9.64 |
| JATC | $0.68 | $0.68 | $0.68 | $0.68 |
| Local / National Industry | $0.24 | $0.24 | $0.24 | $0.24 |
| Supplemental Unemployment Benefit | $0.05 | $0.05 | $0.05 | $0.05 |
| ITI | $0.11 | $0.11 | $0.11 | $0.11 |
| NEMI | $0.03 | $0.03 | $0.03 | $0.03 |
| SMOHIT | $0.02 | $0.02 | $0.02 | $0.02 |
| Scholarship Fund | $0.01 | $0.01 | $0.01 | $0.01 |
| **TOTAL PACKAGE** | **$54.33** | **$55.58** | **$55.93** | **$56.68** |

Hourly Employee Deductions:
Dues Check-Off  $2.49  $2.51  $2.52  $2.53
Construction Fund  $0.39  $0.39  $0.39  $0.39

Foreman (8) • 11-20 members employed

| | Classified Worker (+45%) |
|---|---|
| Basic Wage | $14.68 |
| Health & Welfare | $4.29 |
| Money Purchase Plan | $1.60 |
| National Pension | $4.34 |
| JATC | $0.68 |
| Local / National Industry | $N./A |
| Supplemental Unemployment Benefit | $N./A |
| ITI | $0.11 |
| NEMI | $0.03 |
| SMOHIT | $0.02 |
| Scholarship Fund | $0.01 |
| **TOTAL PACKAGE** | **$27.51** |

Hourly Employee Deductions:
Dues Check-Off  $0.28
Construction Fund  $0.39

**EXHIBIT C**

25



**EXHIBIT C**



# DAMAGES CALCULATIONS

Journeymen:

Rate: $31.51

Fringe Benefits: $22.82

Total: $54.33

**EXHIBIT C**



## DAMAGES CALCULATIONS

Apprentices: Rate and Fringe Benefits*: $34.66

Total:    $34.66

*Rate and Fringe Benefit number based upon the average of all 10 levels that apprentices are paid at under the Contract.

**EXHIBIT C**



**EXHIBIT C**



THESE FIGURES SHOULD BE PRESUMED CORRECT

From: Geiler, Reid <Geiler@geiler.com>
Sent: Sunday, August 1, 2021 3:56 PM
To: Bob Pope <BPope@eppsmgtlaw.com>
Subject: RE: [EXTERNAL] FW: Local 24 v. Geiler Co. Grievance; re: Subpoena Request (records)

Bob,

I spoke to my attorney regarding this request. In that this is an informal hearing and not a formal legal proceeding the rules of evidence and civil trial procedure do not apply. In that the subpoena request is not through a court of law, it has no legal standing, thus unenforceable. Also in that it appears that Metal Airways have no hours reported on the Manhour Report and thus not being represented by the Association makes this a moot point as they have no power to make them comply. Therefore Geiler demands that the board take no action on this request.

Further the fact that this was sent on a Sunday afternoon is unprofessional and could be seen as harassment and retaliation. Geiler reserves the right to seek legal sanction.

Finally we need to know whether it is the intention of LU 24 to have an attorney present at this hearing. Section H II E of the UAB guidelines discourages having attorneys present. Geiler intended to comply with that but will reconsider that position if LU's 24 attorney will be present.

Reid

---

From: Geiler, Reid <Geiler@geiler.com>
Sent: Friday, July 30, 2021 9:39 AM
To: Jeff Mueller <jmueller@smw24.org>
Subject: RE: [EXTERNAL] Summan Dearborn Schools

Jeff,

We do not possess that information.

Reid

From: Jeff Mueller <jmueller@smw24.org>
Sent: Tuesday, July 20, 2021 3:56 PM
To: Geiler, Reid <Geiler@geiler.com>; Bob Pope <BPope@eppsmgtlaw.com>
Cc: Ryan Hymore <rhymore@bcmaglaw.com>
Subject: [EXTERNAL] Summan Dearborn Schools

To Reid Geiler:

Pursuant to the Union's February 12, 2021 grievance concerning the subcontracting of work at Summan Dearborn Schools, please provide us with the following information:

1. Any and all documents to/from Metal Airways, LLC ("Metal Airways") regarding the names of Metal Airways employees and the number of hours worked by Metal Airways employees on the East Central High School project from August 1, 2020 to present.

2. Any and all documents to/from Metal Airways regarding the names of Metal Airways employees and the number of hours worked by Metal Airways employees on the Summan Dearborn Middle School project from August 1, 2020 to present.

Please provide the Union with this information by no later than July 30, 2021.

Sincerely,

Jeff Mueller
Business Representative
Sheet Metal Workers Local # 24
1440 Keepper Meadow Drive
Cincinnati, Ohio 45240
Call 513-671-8888

**EXHIBIT C**



**EXHIBIT C**