# EXHIBIT D



6550 Poe Avenue
Dayton, Ohio 45414
Telephone 937.277.9303
Fax 937.665.0417
e-mail: dayton@smw24.org

**SHEET METAL WORKERS LOCAL #24**

**Rodney French**
*Business Manager*
*Financial Secretary-Treasurer*

January 21, 2021

Geiler Company

Attn: Reid Geiler
6561 Glenway Ave.
Cincinnati, OH 45211

RE: Sunman Dearborn Schools Middle School
East Central High School

It has come to my attention that The Geiler Company may be using Metal Airways, LLC to perform work covered by the collective bargaining agreement ("CBA") and which traditionally has been performed by our members, some of whom are laid off and would be ready, willing, and able to work. We are continuing to investigate the information we have received. Please note that such transfer of bargaining unit work by subcontract or otherwise would be in violation of the CBA—including but not limited to Article II—and the National Labor Relations Act, and Local 24 would seek full enforcement of the CBA, including monetary damages. On or before Friday, January 29, 2021, please provide a list of all jobs on which Metal Airways, LLC has received a subcontract from your company from August 1, 2020 to present.

Regards,

Jeff Mueller
Business Representative
Sheet Metal Workers Local 24
1440 Kemper Meadow Dr.
Cincinnati, Ohio 45240
Office 513-821-5771
Cell 513-617-8858

| CINCINNATI | COLUMBUS | PRODUCTION REPRESENTATIVE | DAYTON | SOUTH POINT |
|---|---|---|---|---|
| *Mark Hamant* | *Jeff Hunley* | *Sharon Walker* | *Rick Perdue* | *Jeff Rowe* |
| *Jeff Mueller* | *Jeff Rush* | *513.821.5771* | *Mike W. Tipton* | *740.377.9149* |
| *513.821.5771* | *614.471.8571* | *Fax 513.821.7849* | *937.277.9303* | *Fax 740.377.9197* |
| *Fax 513.821.7849* | *Fax 614.471.9796* | | *Fax 937.665.0417* | |

**EXHIBIT D**