# EXHIBIT E

Case 4:22-mc-00001-TWP-KMB Document 34-5 Filed 07/16/24 Page 1 of 2 PageID #: 318

SMART Local No. 24 (Cincinnati)
Sheet Metal Contractors Association of Greater Cincinnati
Local Joint Adjustment Board

VIA Certified Mail, First Class Mail, and Email

October 6, 2021

Reid Geiler
Geiler Company
6561 Glenway Avenue
Cincinnati, Ohio 45211

Jeff Mueller
SMART Local No. 24
1440 Kemper Meadow Drive
Cincinnati, Ohio 45240

Local No. 24 Grievance Against Geiler Company:

Reid and Jeff,

The Local Joint Adjustment Board (LJAB) met on September 8, 2021 to consider the above matter.

The LJAB determined that all procedural requirements had been met, that the grievance was timely, and was properly before the Board for consideration. Based upon the record and testimony of the parties, the LJAB rendered the following decision:

The Board finds that Geiler Company violated Article II; Section 1 of the collective bargaining agreement and that Geiler Company has a fine of $250,000, with half payable in thirty days with disbursement of payment as directed by Local No. 24; and half held in abeyance pending no further violation of the subcontracting clause, and that Geiler Company remains a part of the Association Bargaining Unit for the upcoming contract.

_____
Rodney French, LJAB Chairman

_____
Robert Pope, Board Secretary

**EXHIBIT E**